# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EVARISTO CORTES,                              )    Case No.: CV 17-1661 DSF (JEMx)
                                             )
    Plaintiff,           )
                                             )
   v.                          )    JUDGMENT
                                             )
ISABEL MONTENEGRO, et al.                     )
                                             )
    Defendants.          )
                                             )
                                             )
_____ )

   The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having timely responded,

   IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 8/29/17

         _____
           Dale S. Fischer
          United States District Judge